PER CURIAM.
Petition for writ of certiorari denied. See Mirasol International, Inc. v. Hiner, 457 So.2d 1061 (Fla. 2d DCA 1984); Industrial Tractor Co. v. Bartlett, 454 So.2d *304 1067 (Fla. 5th DCA 1984); Esman v. Board of Regents of the State of Florida, 425 So.2d 156 (Fla. 1st DCA 1983); United States Fidelity & Guaranty Co. v. Graham, 404 So.2d 863 (Fla. 4th DCA 1981), rev. denied, 419 So.2d 1195 (Fla.1982); contra, Young, Stein and Tannenbaum, P.A. v. Smith, 416 So.2d 4 (Fla. 3d DCA 1982).
SCHOONOVER, A.C.J., and HALL and THREADGILL, JJ., concur.